Dory Osterhoudt v. The Prudential Insurance Company of America.— Motion granted.

The People of the State of New York ex rel. Jointa Lime Company, Relator, v. William Sohmer, Comptroller of the State of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

The People of the State of New York ex rel. Richard H. Long, Appellant, v. G. Frank Mealy and Others, Constituting the Board of General Assessors of the City of Troy, Respondents.—Order and judgment unanimously affirmed, with costs. All concurred. Howard, J., not sitting.

John Persis, Respondent, v. Albany Car Wheel Company, Appellant.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York, Appellant, v. Santa Clara Lumber Company, Respondent. (Actions Nos. 1 & 2.) The People of the State of New York, Appellant, v. George N. Ostrander, Respondent.— Order affirmed, with costs. All concurred.

The People of the State of New York, Appellant, v. Santa Clara Lumber Company and Others, Respondents. (Action No. 3.) — Judgment and order unanimously affirmed, with costs, on the opinion of Van Kirk, J. (Reported in 74 Misc. Rep. 596.)

The People of the State of New York, Appellant, v. Santa Clara Lumber Company, Respondent. (Actions 1 & 2.) — Judgment unanimously affirmed, with costs, on the opinion of Van Kirk, J. (Reported in 74 Misc. Rep. 610.)

The People of the State of New York, Appellant, v. George N. Ostrander, Respondent.— Judgment unanimously affirmed, with costs, on the opinion of Van Kirk, J. (Reported in 74 Misc. Rep. 610.)

The People of the State of New York ex rel. National Textile Manufacturing Company, Appellant, v. Israel Molleur and Others, Respondents. — Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. United Waste Manufacturing Company, Appellant, v. Israel Molleur and Others, Respondents.— Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. Troy Knitting Company, Appellant, v. Israel Molleur and Others, Respondents.— Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. Troy Waste Manufacturing Company, Appellant, v. Israel Molleur and Others, Respondents.— Judgment unanimously affirmed, with costs.

James W. Payne, Respondent, v. Binghamton Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company v. Michael J. Walsh, Deputy Comptroller of the State of New York, and Others.— Motion granted. Order resettled.